UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MEAGHAN CIOTTI,

                                   Plaintiff,                      **23 Civ. No. 10279 (ER)**

           -against-                                **PRE-SETTLEMENT**
                                                                           **CONFERENCE ORDER**

CITY OF NEW YORK and JAMIE
ANGELASTRO,

                                  Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, June 18, 2025 at 3:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 444 541 421#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference after August 8, 2025.

       SO ORDERED.

DATED:    New York, New York
                June 9, 2025

                                                                                 The Honorable Gary Stein
                                                                                 United States Magistrate Judge